UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

NEXT COMMUNICATIONS, INC.,                    Case No. 16-26776-RAM
      Debtor.                                    Chapter 11
_____/

NEXT COMMUNICATIONS, INC.,                    Adv. Proc. No.:17-01442-RAM
      Plaintiff,
v.

TERREMARK NORTH AMERICA, LLC,
VERIZON COMMUNICATIONS, INC.,
and EQUINIX, INC.,
      Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
EQUINIX INC., PURSUANT TO SETTLEMENT AGREEMENT**

      NEXT COMMUNICATIONS, INC., Plaintiff, notices the dismissal with prejudice of EQUINIX, INC., pursuant to settlement agreement (DE#265 in main case) approved by Order of the Court (DE#268 in main case).

      I CERTIFY THAT a copy of the above was served electronically on all parties entitled to such notice by this Court's ECF system on October 7th, 2019.

AM LAW
Counsel for the Plaintiff/Debtor
7385 S.W. 87 Avenue, Suite 100
Miami, FL 33173
Tel: 305-441-9530
Fax: 305-595-5086
By:/s/Gary M. Murphree/
Gary M. Murphree, Esq.
F.B.N. 996475
Brandy Abreu, Esq.
F.B.N. 17685